# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH THOMAS, | Case No. 2:23-CV-00064-DJC-CKD |
| Plaintiff, | Hon. Daniel J. Calabretta |
| vs. | **ORDER** |
| FCA US, LLC; and DOES 1 through 10, inclusive, | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Plaintiff DEBORAH THOMAS ("Plaintiff") and Defendant FCA US, LLC have agreed FCA US, LLC will pay $20,000.00 to resolve Plaintiff's attorneys' fees, costs, and expenses.

Accordingly, the Court hereby enters an ORDER for Defendant to pay Plaintiff $20,000.00 to resolve attorneys' fees, costs, and expenses. Payment is to be made to counsel for Plaintiff by July 9, 2025. After satisfaction of payment, Plaintiff will dismiss this case with prejudice within 10 business days against all parties. Plaintiff's Fee Motion and Bill of Costs is hereby withdrawn and the hearing vacated.

**IT IS SO ORDERED.**

Dated: April 14, 2025        /s/ Daniel J. Calabretta
                             THE HONORABLE DANIEL J. CALABRETTA
                             UNITED STATES DISTRICT JUDGE

1
**ORDER**