# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH THOMAS, | Case No.: 2:23-CV-00064-DJC-CKD |
| Plaintiff, | Hon. Daniel J. Calabretta |
| v. | |
| FCA US, LLC; and DOES 1 through 10, inclusive, | **ORDER GRANTING PLAINTIFF'S REQUEST FOR DISMISSAL** |
| Defendants. | |

## ORDER GRANTING PLAINTIFF'S REQUEST FOR DISMISSAL

Upon the Request of the Plaintiff to dismiss this case in light of settlement of damages and attorneys' fees, costs, and expenses, and satisfied funding of such:

It is hereby ORDERED that this matter is DISMISSED WITH PREJUDICE.

Dated: August 29, 2025          /s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE